# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WELBY THOMAS COX, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:12-cv-01203-JMS-DKL |
| | ) | |
| DIRECTOR, Volunteers of America, | ) | |
| | ) | |
| Respondent. | ) | |

## Entry and Order Dismissing Action

### I.

### A.

The petitioner's custodian, named in his or her official capacity and as shown in the caption of this Entry, is substituted as the respondent.

### B.

The motion to amend [3] is **granted**.

### C.

In this case, Welby Cox challenges the programming and other conditions of his confinement at the Volunteers of America, a halfway house in Indianapolis, Indiana. He argues that these features of his housing assignment are overly restrictive.

"A necessary predicate for the granting of federal habeas relief [to a petitioner] is a determination by the federal court that [his or her] custody violates the Constitution, laws, or treaties of the United States." *Rose vs. Hodges,* 423 U.S. 19, 21 (1975). Accordingly, habeas corpus review is available only "where the deprivation of rights is such that it necessarily impacts the fact or length of detention." *Leamer v. Fauver,* 288 F.3d 532, 540 (3d Cir. 2002). This means, in part, that a challenge to the conditions of confinement may not be brought pursuant to 28 U.S.C. ' 2241. *Falcon v. U.S. Bureau of Prisons,* 52 F.3d 137, 138-39 (7th Cir. 1995); *Graham v. Broglin,* 922 F.2d 379, 381 (7th Cir. 1991).

Mr. Cox's claims are not claims affecting either the fact or duration of his confinement and thus do not lie within the scope of relief available in an action for habeas corpus relief.

For the reasons explained in this Entry, therefore, the petition for writ of habeas corpus filed by Welby Thomas Cox is denied and this action is dismissed. *McFarland v. Scott,* 512 U.S. 849, 856 (1994) "Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face.").

## II.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 08/31/2012

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Welby Thomas Cox
611 N. Capitol Street
Indianapolis, IN 46204