## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WELBY THOMAS COX, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:12-cv-01203-JMS-DKL |
| | ) | |
| DIRECTOR, Volunteers of America, | ) | |
| | ) | |
| Respondent. | ) | |

### Entry and Notice

Welby Thomas Cox filed an action which seeks habeas corpus relief pursuant to 28 U.S.C. § 2241(c)(3) based on the conditions of his programming at a community halfway house. The habeas petition was summarily denied because Cox did not challenge either the fact or the duration of his confinement. *Glaus v. Anderson,* 408 F.3d 382, 387 (7th Cir. 2005)("While the Supreme Court has left the door open a crack for habeas corpus claims challenging prison conditions, it has never found anything that qualified."); *Pischke v. Litscher,* 178 F.3d 497, 500 (7th Cir. 1999) (holding that habeas is the proper vehicle for presenting a claim "if but only if the prisoner is seeking to 'get out' of custody in a meaningful sense").

Judgment was entered on the clerk's docket on August 31, 2012. Cox promptly filed an appeal, which has been docketed in the Court of Appeals as No. 12-3106.

There are many situations in which 28 U.S.C. § 2253(c)(1) requires the issuance of a certificate of appealability for an appeal from the denial of a petition for writ of habeas corpus. *See, e.g., Slack v. McDaniel,* 529 U.S. 473 (2000); *Barnes v. Black*, 544 F.3d 807, 811 (7th Cir. 2008)("As a matter of semantics, section 2253(a) could be read to apply to every subsection of section § 2241(c)(3) . . . ."). But this is not one of them. *Bush v. Pitzer*, 133 F.3d 455, 456 (7th Cir. 1997)("Under 28 U.S.C. § 2253(c)(1)(B), a federal prisoner needs a certificate of appealability only when appealing from the denial of relief under 28 U.S.C. § 2255."); *see also McIntosh v. United States Parole Comm'n,* 115 F.3d 809, 810 (10th Cir. 1997) (Section 2253 does not apply to habeas petitions by prisoners seeking review of federal agency determinations under § 2241).

This Entry and Notice is therefore issued to make clear that Cox need not request, and this court need not address, the issuance of a certificate of appealability in order for his appeal to proceed.

**IT IS SO ORDERED.**

Date: 09/14/2012

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Welby Thomas Cox
611 N. Capitol Street
Indianapolis, IN 46204